**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7986

ELIZABETH MARIE RUSHING FLOYD,

Plaintiff - Appellant,

versus

DAVID A. BROWN, an individual; ROBERT
POTTER, an individual; RICHARD VOORHEES, an
individual; THOMAS WIDMAN, an individual,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. H. Brent McKnight,
District Judge. (CA-03-554-MCK)

Submitted: February 24, 2005        Decided: March 9, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elizabeth Marie Rushing Floyd, Appellant Pro Se. James Michael
Sullivan, Assistant United States Attorney, Charlotte, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elizabeth Marie Rushing Floyd appeals the district court's order denying her motion to vacate the court's September 24, 2004, order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Floyd v. Brown, No. CA-03-554-MCK (W.D.N.C. Nov. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED